

# Fourth Court of Appeals
## San Antonio, Texas

October 10, 2018

No. 04-17-00514-CV

Judith Ann **MIEARS** and Patricia Anderson,
Appellants

v.

Jean **MCPHERSON**,
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 13-0659-CV-A
Honorable Jessica Crawford, Judge Presiding

# O R D E R

On September 26, 2018, Appellees filed a motion for rehearing. *See* TEX. R. APP. P. 49.1. The court requests that Appellants file a response. *See id.* R. 49.2.

If Appellants choose to file a response, they must file it within TWENTY-ONE DAYS of the date of this order.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of October, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court